## Charge

| | |
|---|---|
| Description | Possession Of Controlled Substance Except 35 Grams Or Less Of Marijuana { Felony C RSMo: 195.202 } |
| Date | 05/29/2008 |
| Code | 3245000 |
| Disposition | Guilty Plea - 05/21/2010 |
| OCN | P1005626 |
| Law Enforcement Agency | FARMINGTON PD |

### Sentence

| | |
|---|---|
| Description | Incarceration DOC (Suspended Execution of Sentence) |
| Sentence Date | 05/21/2010 |
| Start Date | 05/21/2010 |
| Length | 10 Years |
| Text | SES 5 YEARS SUPERVISED PROBATION |

#### Program Info

| | |
|---|---|
| Facility Name | PROBATION |
| Agency | PROBATION/PAROLE DISTRICT 12 |
| Classification | SUPERVISED |
| Outcome | Suspended |
| Start Date | 05/21/2010 |
| Assigned Length | 5 Years |
| End Date | 11/22/2011 |

#### Program Info

| | |
|---|---|
| Facility Name | PROBATION |
| Agency | PROBATION/PAROLE DISTRICT 12 |
| Classification | SUPERVISED |
| Outcome | Probation Revoked |
| Start Date | 06/15/2012 |
| Assigned Length | 5 Years |
| End Date | 06/15/2012 |

### Sentence

| | |
|---|---|
| Description | Incarceration DOC |
| Sentence Date | 06/15/2012 |
| Start Date | 06/15/2012 |
| Length | 10 Years |
| Text | DEFT ADMITS TO VIOLATION OF CONDITION# 2, CONCURRENT TO 10SF-CR01878-01, 559.115 RSMO |

#### Program Info

| | |
|---|---|
| Facility Name | SHOCK INCARCERATION |
| Agency | PROBATION/PAROLE DISTRICT 12 |
| Classification | REPORT ORDERED |
| Outcome | Release Granted |
| Start Date | 06/15/2012 |
| Assigned Length | 120 Days |
| End Date | 10/13/2012 |

| Description | Incarceration DOC (Suspended Execution of Sentence) |
|---|---|
| Sentence Date | 09/27/2012 |
| Start Date | 10/13/2012 |
| Length | 5 Years |
| Text | DEFENDANT RELEASED UNDER 559.115 RSMO, SES 5 YEARS SUPERVISED PROBATION |

**Program Info**

| Facility Name | PROBATION |
|---|---|
| Agency | PROBATION/PAROLE DISTRICT 12 |
| Classification | SUPERVISED |
| Start Date | 10/13/2012 |
| Assigned Length | 5 Days |

## Charge

| | |
|---|---|
| **Description** | Theft/Stealing Of Any Credit Card Or Letter Of Credit<br>{ Felony C RSMo: 570.030 } |
| **Date** | 11/14/2009 |
| **Code** | 1502500 |
| **Disposition** | Guilty Plea - 04/15/2011 |
| **OCN** | P1011397 |
| **Law Enforcement Agency** | FARMINGTON PD |

### Sentence

| | |
|---|---|
| **Description** | Incarceration DOC (Suspended Execution of Sentence) |
| **Sentence Date** | 04/15/2011 |
| **Start Date** | 04/15/2011 |
| **Length** | 7 Years |
| **Text** | SES 5 YEARS SUPERVISED PROBATION |

#### Program Info

| | |
|---|---|
| **Facility Name** | PROBATION |
| **Agency** | PROBATION/PAROLE DISTRICT 12 |
| **Classification** | SUPERVISED |
| **Outcome** | Probation Revoked |
| **Start Date** | 04/15/2011 |
| **Assigned Length** | 5 Years |
| **End Date** | 06/15/2012 |

#### Program Info

| | |
|---|---|
| **Facility Name** | PROBATION |
| **Agency** | PROBATION/PAROLE DISTRICT 12 |
| **Classification** | SUPERVISED |
| **Outcome** | Suspended |
| **Start Date** | 04/15/2011 |
| **Assigned Length** | 5 Years |
| **End Date** | 11/22/2011 |

### Sentence

| | |
|---|---|
| **Description** | Incarceration DOC |
| **Sentence Date** | 06/15/2012 |
| **Start Date** | 06/15/2012 |
| **Length** | 7 Years |
| **Text** | DEFT ADMITS TO VIOLATION OF CONDITION # 2 OF PROBATION, CONCURRENT TO 08D7-CR02139-01, 559.115 ITC |

#### Program Info

| | |
|---|---|
| **Facility Name** | SHOCK INCARCERATION |
| **Agency** | PROBATION/PAROLE DISTRICT 12 |
| **Classification** | REPORT ORDERED |
| **Outcome** | Release Granted |
| **Start Date** | 06/15/2012 |
| **Assigned Length** | 120 Days |
| **End Date** | 10/13/2012 |

Program Info

| | |
|---|---|
| **Agency** | PROBATION/PAROLE DISTRICT 12 |
| **Classification** | SUPERVISED |
| **Outcome** | Early Release |
| **Start Date** | 10/13/2012 |
| **Assigned Length** | 5 Years |
| **End Date** | 04/14/2016 |

### Program Info

| | |
|---|---|
| **Facility Name** | PROBATION |
| **Agency** | PROBATION/PAROLE DISTRICT 12 |
| **Classification** | SUPERVISED |
| **Outcome** | Suspended |
| **Start Date** | 10/13/2012 |
| **Assigned Length** | 5 Years |
| **End Date** | 09/18/2014 |

### Sentence

| | |
|---|---|
| **Description** | Incarceration DOC (Suspended Execution of Sentence) |
| **Sentence Date** | 06/15/2012 |
| **Start Date** | 10/13/2012 |
| **Length** | 5 Years |
| **Text** | DEFENDANT RELEASED UNDER 559.115 RSMO, SES 5 YEARS SUPERVISED PROBATION |