

**TRIBUTE ARCHIVE**

Brought to you by Willow Ridge Funeral & Cremation Services

# Susan Diane Moss

Poplar Bluff, Missouri

May 30, 1950 - July 14, 2021

**Share a Memory**

**Obituary & Events**          Tribute Wall

## Susan Diane Moss Obituary

Susan Diane Moss, 71, of Poplar Bluff, MO passed away Wednesday, July 14th, 2021 in her home.

**Send Flowers**          **Plant a Tree**

TRIBUTE ARCHIVE

concerned with all her loved ones well-being. Anyone who knew her most likely would call her "Mom" because there wasn't anyone she didn't try to mother and care for.

Susan was survived by four daughters; Tammy Arnold, Bev Finnern, Carrie Gilliam and Lorrie Sanders, sister; Ruth Ann Hoagland, two brothers; Victor Teer, and Herman Smith, several grandchildren and great-grandchildren, and so many more loved ones she has adopted along the way as her own.

Susan is proceeded in death by both her parents, husband, three brothers; Hershel Smith, Don Smith and Russell Teer, son; Darrell Sanders and grandson; Kevin Sanders.

For all that knew her there will be a hole in their heart and she will truly be missed.

Visitation will be held Tuesday, July 20, 2021 from 1PM until time of service at Willow Ridge Funeral and Cremation Services.  Funeral service will be at 2PM.

To **send flowers** to the family or **plant a tree** in memory of Susan, please **visit our floral store**.

## Events

There are no events scheduled.

You can still show your support by sending flowers directly to the family, or plant a tree in memory of Susan Diane Moss.

Visit the Tribute Store

## Tribute Wall

Share a Memory



**Northside Nutrition**

July 19, 2021

It is with deep sadness we at Northside Nutrition send our deepest sympathy to the family. God bless each and everyone



**The staff at Willow Ridge Funeral & Cremation Services**

July 18, 2021

We plant this tree as a living memorial to Susan. We are deeply sorry for your loss.

Send Flowers

Plant a Tree