To: the Honorable Judge Ron White
Re: DarrellRay DeHaven Sanders
Sentencing July 10, 2024

My name is Lorrie Sanders. I am DarrellRay's mother. As such, I have known him all of his life.

Darrell has struggled and overcome adversities his whole life. From the age of 6-9 months, I, his mother, went to prison. Throughout this time I was sent photos of a cheerful smiling baby. Upon my return, his father and I began our family journey. To my deepest regrets this included substance abuse and its ensuing chaos. At 11 years old his father put him out forcing him to live with grandparents. At 13 his father died unexpectedly leaving him forever wondering "did dad ever really love" me. At 14 DarrellRay returned home to a widowed mother and 2 younger brothers. I was in and out of addiction. Despite normal teenage rebellion, DarrellRay developed a fierce sense of loyalty toward his family and those he cared for. He showed a maturity

beyond his years in the concerns he voiced as his mother once again slipped into addiction. His support never wavered as once again his mother was imprisoned. At 16 yrs he held responsibility for his younger brothers for four months. I was astonished at his level of responsibility as he assumed the role his step-father abandoned.

The years were not easy when I returned. Although substance abuse no longer controlled me, the consequences of my life's choices came due. I am proud and thankful that Darrell Ray was always there with full support, wise and helpful advice; indeed a very strong factor to my continued success in overcoming.

There are very few family members Darrell Ray drew close. His paternal grandparents, Aunt, two cousins and of course two brothers. I've seen him drop anything he's doing to help any one of them. His grandfather died when he was 19. For 2 yrs

There was no friend of hers who did not speak highly of his respect, kindness and helpful nature. I watched as Darrell grew into a man of responsibility, integrity and compassion. Tragically, in December of 2024, his brother was murdered. 7 months his grandmother died, his place of employment folded, he lost his apartment. Yet he recovered with another job and home, never losing his sense of integrity but feeling more defeated it seemed.

I know, Your Honor, the seriousness of my son's offense. But I also know my son. I know the deep sense of conviction and remorse he is experiencing. I know of his growing desire and determination to help people overcome their darkness.

I implore you to have mercy and compassion in your sentencing. Please allow leniency that he may return to his family as soon as possible. But mostly to pursue his true purpose as a positive and compassionate human being bringing light into a dark world.

Respectfully, Jorrie S. Sanders