Pastor Lynn Todd
573 631-5752

04/30/2024
The Honorable Judge Ronnie L. White
U.S. District Court Eastern District
111 S 10th Street St Louis MO 63102

RE: Case Number 4:22-CR-00675-RLW
Character Reference, Darrell R. Sanders

Your Honor,

   My name is Lynn Todd. I am a Pastor at Jesus Worship Center in Farmington, MO., and a close family friend. I have known Darrell and his family for roughly 20 years. As a young boy, Darrell was always well behaved, mannerly and helpful. I baptized Darrell at 9 years old. I watched as he struggled through trying family issues, the loss of his father, the mental, and sometimes physical absence of his mother and the responsibility for his brothers he assumed. Though he strayed from the church for a time, Darrell did return as an adult. Volunteering at every opportunity, Darrell was always cheerful, respectful, and well-loved by young and old alike. I am blessed to have witnessed his growth in both wisdom and faith.

   I have believed Darrell has a higher calling on his life since he was a child. While I am aware of the current situation, I believe Darrell is a man of compassion and integrity. I know Darrell despises his actions and is determined to defeat the enemy within.

   I believe Darrell deserves leniency, and I am confident he will prove to the courts that his negative actions does not define the kind of person Darrell is. I am also willing to encourage and support Darrell and his family in any way that I can.

Thank you for your time and consideration.

Sincerely,
Lynn Todd